IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CICRCUIT
IN AND FOR LEE COUNTY FLORIDA

CATHERINE LYNNE MCEACHERN,

        Plaintiff,

v.

JOHN NELSON MCEACHERN and
UNITED STATES OF AMERICA, ACTING
ON BEHALF OF THE DEPARTMENT OF
TREASURY, INTERNAL REVENUE
SERVICE,

        Defendant,

CASE NO.:
DIVISION:

_____/

## COMPLAINT TO QUIET TITLE

**COMES NOW**, the Plaintiff, CATHERINE LYNNE MCEACHERN, by and through the undersigned counsel, pursuant to Rule 1.100 and 1.110, Florida Rules of Civil Procedure, and Chapter 65, Florida Statutes, and hereby sues the Defendant to quiet title to real property, and in further support thereof would show unto this Honorable Court as follows:

### JURISDICTION & VENUE

1. This is an action pursuant to Chapter 65, Florida Statutes, to quiet title to real property lying, situated, and being in Lee County, Florida.

2. The Plaintiff owns the real property located at 12671 Water Oak, Estero, Florida 33928 (the "Subject Property"), and which is more fully described in the Public Records of Lee County, Florida as:

> Lot 267, Wildcat Run, according to the Map or Plat thereof as recorded in Plat Book 36, Pages 30 through 43, of the Public Records of Lee County, Florida.

3. This Court has jurisdiction over this action pursuant to § 65.011, Florida Statutes, and venue is appropriate in Lee County, Florida pursuant to § 47.011, Florida Statutes, because the real property at issue is in Lee County, Florida.

### COUNT I: QUIET TITLE

This is an action pursuant to Chapter 65, Florida Statutes, to quiet title to real property lying situated, and being in Lee County, Florida brought against Defendant, JOHN NELSON MCEACHERN and UNITED STATES OF AMERICA, ACTING ON BEHALF OF THE DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE (hereinafter "IRS"), and in support thereof the Plaintiff hereby reincorporates and realleges Paragraphs 1 through 3 as if fully set forth herein, and would further show unto this Honorable Court as follows:

4. The Plaintiff's deraignment of title begins according to that particular Warranty Deed wherein non-parties, Marie R. Call, *individually* and *as Sole Trustee of the Marie R. Call Revocable Trust dated October 05, 2000*, transferred title to CATHERINE LYNNE MCEACHERN and JOHN NELSON MCEACHERN, *as wife and husband as tenants by the entirety*. The same is recorded in the Public Records of Lee County, Florida as Instrument # 2015000125646 as of June 10, 2015. **See Exhibit A**.

5. The aforementioned conveyance was made in error, where the Subject Property was meant to be granted solely to CATHERINE LYNNE MCEACHERN, *individually*, and the inclusion of Defendant, JOHN NELSON MCEACHERN, on the instrument of title was a mistake.

6. To that end, a Corrective Deed was executed on August 31, 2018 wherein CATHERINE LYNNE MCEACHERN and JOHN NELSON MCEACHERN, *wife and husband as tenants by the entireties*, transferred title interest to CATHERINE LYNNE MCEACHERN, *individually*. The same is recorded as Instrument # 2018000216979 in the Public Records of Lee

County, Florida as of September 11, 2018 for the distinct purpose of "...*being recorded to correct the vesting on Warranty Deed recorded on 6/10/2015 as Instrument Number 2015000125646, in the Public Records of Lee County, Florida as the husband was not to be in title.*" **See Exhibit B**.

7. Notwithstanding CATHERINE LYNNE MCEACHERN's sole, individual title interest in the Subject Property, Defendant IRS recorded a Notice of Federal Tax Lien ("Lien") for past due taxes, additional penalties, interest, and costs in the name of JOHN N. MCEACHERN, which was recorded in the Public Records of Lee County, Florida as Instrument # 2023000137470 on April 18, 2023. **See Exhibit C**.

8. Defendant, IRS's Lien is improper where at no time was JOHN N. MCEACHERN lawfully seized of the Subject Property.

9. Defendant, JOHN E. MCEACHERN, may claim some right, title, or interest in the Subject Property by virtue of the improper conveyance to his name in 2015.

10. Defendant, IRS, may claim some right, title, or interest in the Subject Property by virtue of its improper Lien described hereinabove.

11. Nonetheless, the Plaintiff's title is superior to any claim, right, or title of the Defendants and the right to quiet use and possession unquestionably lies in the Plaintiff, whose interest is superior to the Defendants, and flows forth from the original source, and where the Plaintiff has not conveyed the property or any portion thereof to any person since obtaining title as described hereinabove.

12. After taking title to the Subject Property, the Plaintiff went into possession thereof and has continuously maintained possession of the same, adverse to the Defendants, and further, has paid any property taxes accruing during her ownership.

**WHEREFORE**, the Plaintiff respectfully prays for this Court's Judgment finding title should be quieted in the Plaintiff as the sole owner in fee simple of the above-described real property, and that the Defendants, and all those who seek to claim by, through, or under the said Defendant, be forever barred and estopped from claiming any right, title, or other interest in the said property, and grant any and all other relief the Court deems just and proper under the circumstances.

Respectfully Submitted,

_____
CHRISTOPHER W. WICKERSHAM JR., ESQ.
Florida Bar Number: 91703
LAW OFFICES OF C. W. WICKERSHAM JR., P.A
The Whiteway Building, Suite 205
2720 Park Street, Jacksonville, Florida 32205
Telephone: (904) 389-6202
Facsimile: (904) 389-6204
Email: pleadings@chriswickersham.com
Secondary Email: kent@chriswickersham.com
*Counsel to Plaintiff*

INSTR # 2015000128646, Doc Type D, Pages 2, Recorded 06/10/2015 at 02:52 PM,
Linda Doggett, Lee County Clerk of Circuit Court, Deed Doc. D $3010.00 Rec. Fee $18.50 Deputy Clerk BDURR

Case 2:23-cv-00877-JLB-KCD Document 3 Filed 10/12/23 Page 5 of 10 PageID 119

Prepared by:
Evan Pilavis, an employee of
**Heights Title Services, LLC**
9250 Corkscrew Road Suite 9
Estero, FL 33928
(239) 676-7523
File No.: 15-04-0113

# WARRANTY DEED

This indenture made on A.D. 5/22/2015, by

**Marie R. Call, Individually and as Sole Trustee of The Marie R. Call Revocable Trust dated October 05, 2000,** whose address is: 8133 Lewiston Road, Batavia, NY 14020, hereinafter called the "grantor", to

**Catherine Lynne McEachern and John Nelson McEachern, wife and husband as tenants by the entirety,** whose address is: 12671 Water Oak, Estero, FL 33928, hereinafter called the "grantee":

(Which terms "Grantor" and "Grantee" shall include singular or plural, corporation or individual, and either sex, and shall include heirs, legal representatives, successors and assigns of the same)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, FL, to-wit:

Lot 267, WILDCAT RUN, according to the Map or Plat thereof as recorded in Plat Book 36, Pages 30 through 43, of the Public Records of Lee County, Florida.

Parcel Identification Number: **30-46-26-01-00000.2670**

**Said property** is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) nor any members of the household of Grantor(s) reside thereon nor on any property contiguous thereto.

**Subject** to all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**To Have and to Hold,** the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31st of 2015.

EXHIBIT A

FL FA DEED-Warranty Individual Rev. May 21, 2015

Page 1 of 2
File No.: 15-04-0113

In Witness Whereof, the grantor has hereunto set their hand(s) and seal(s) the day and year first above written.

*Marie R. Call*

Marie R. Call, Individually and as Sole Trustee of
The Marie R. Call Revocable Trust dated October 05, 2000

Signed, sealed and delivered in our presence:

_____
Witness #1 Signature

Sandra M. Baubie
Print Name - Witness #1

_____
Witness #2 Signature

Phillip R Call
Print Name - Witness #2

State of New York
County of Genesee

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED before me on 5/28/2015, by Marie R. Call, Individually and as Sole Trustee of The Marie R. Call Revocable Trust dated October 05, 2000 who is personally known to me or has produced a valid driver's license as identification.

_____
NOTARY PUBLIC

TERESSA M. MORASCO
Notary Public, State of New York
Qualified in Genesee County
Commission Expires October 22, 20__

Notary Print Name

My Commission Expires: _____

INSTR # 2018000216979, Doc Type D, Pages 2, Recorded 09/11/2018 at 09:16 AM,
Linda Doggett, Lee County Clerk of Circuit Court, Deed Doc. D $0.70 Rec. Fee
$18.50 Deputy Clerk MCOSSAIRT

Case 2:23-cv-00877-JLB-KCD   Document 3   Filed 10/12/23   Page 7 of 10 PageID 121

Prepared without opinion of title
Or Title Examination by:
David S. Ged, Esquire
David S. Ged, P.A.
101 Aviation Drive North
Naples, FL 34104
Telephone: (239) 514-5048
Consideration $0

## CORRECTIVE DEED

This indenture made on this _31_ day of _August_, 2018 by **Catherine Lynne McEachern and John Nelson McEachern, wife and husband as tenants by the entirety,** whose mailing address is 12671 Water Oak, Estero, FL 33928 hereinafter called the "Grantor", to **Catherine Lynne McEachern, a married person,** whose mailing address is 12671 Water Oak, Estero, FL 33928, hereinafter called the "Grantee":

(Which terms "Grantor" and "Grantee" shall include singular or plural, corporation or individual, and either sex, and shall include heirs, legal representatives, successors and assigns of the same.)

**Witnesseth,** that the Grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **Lee County, FL,** to-wit:

**Lot 267, Wildcat Run, according to the Map or Plat thereof as recorded in Plat Book 36, Pages 30 through 43, of the Public Records of Lee County, Florida.**

**PREPARED WITHOUT THE BENEFIT OF A TITLE SEARCH AND EXAMINATION.**

Parcel Identification Number: 30-46-26-01-00000.2670

*\*\*\*This Deed is being recorded to correct the vesting on Warranty Deed recorded on 6/10/2015, as Instrument Number 2015000125646, in the Public Records of Lee County, Florida as the husband was not to be in title.*

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.



EXHIBIT B

**In Witness Whereof**, the Grantor has hereunto set their hand(s) and seal(s) the day and year first above written.

_____
**Catherine Lynne McEachern**

_____
**John Nelson McEachern**

_____
Witness as to both

Susan Blackburn
Printed Name of Witness

_____
Witness as to both

Jenny Disha
Printed Name of Witness

STATE OF Michigan
COUNTY OF Oakland

**Sworn To, Subscribed and Acknowledged** before me this 31st day of August, 2018, to be **Catherine Lynne McEachern and John Nelson McEachern**, who are known to me, or, who have produced MI drivers license & passport card identification.

_____
NOTARY PUBLIC

Kim Warrick
PRINTED NAME

Kim Warrick
Notary Public, State of Michigan
County of Macomb
My Commission Expires June 1, 2023
  in the County of Oakland

2

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2023000137470, Doc Type LI, Pages 2, Recorded 4/18/2023 at 10:50 AM, Deputy Clerk ANEEFE
Rec Fees: $18.50

| Form 668(Y) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| Area: 2 | Serial Number 470855123 | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
CATHERINE LYNNE MCEACHERN
as Nominee of
JOHN N MCEACHERN

**Residence**
1644 BLACK MAPLE DR
ROCHESTER HLS, MI 48309-2210000

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6038 | 12/31/2007 | XXX-XX-4043 | 04/08/2019 | 05/08/2029 | $11,607.17 |
| 6038 | 12/31/2011 | XXX-XX-4043 | 04/08/2019 | 05/08/2029 | $11,547.17 |
| 6038 | 12/31/2012 | XXX-XX-4043 | 04/08/2019 | 05/08/2029 | $11,547.17 |
| 6038 | 12/31/2013 | XXX-XX-4043 | 04/08/2019 | 05/08/2029 | $11,547.17 |
| 6038 | 12/31/2016 | XXX-XX-4043 | 04/08/2019 | 05/08/2029 | |
| 6038 | 12/31/2016 | XXX-XX-4043 | 04/15/2019 | 05/15/2029 | $23,169.15 |
| 1040 | 12/31/2014 | XXX-XX-4043 | 03/04/2019 | 04/03/2029 | |
| 1040 | 12/31/2014 | XXX-XX-4043 | 09/23/2019 | 10/23/2029 | $36,861.18 |
| 1040 | 12/31/2015 | XXX-XX-4043 | 08/06/2018 | 09/05/2028 | $243,028.67 |
| 1040 | 12/31/2016 | XXX-XX-4043 | 08/06/2018 | 09/05/2028 | $57,013.14 |
| 1040 | 12/31/2017 | XXX-XX-4043 | 12/14/2020 | 01/13/2031 | $87,265.35 |
| 1040 | 12/31/2018 | XXX-XX-4043 | 12/07/2020 | 01/06/2031 | $3,844.02 |

The lien(s) identified on this special condition Notice of Federal Tax Lien attaches/attach to the following property: See attachment.

| Place of Filing County Courthouse Lee County Fort Meyers, FL 33901 | Total | $499,430.19 |
|---|---|---|

This notice was prepared and signed at , on this, 38275 West twelve mile road, Suite 200, Farmington Hills, MI 48331-3042 the 5th day of April, .2023

| Signature *KR Donaldson for* PAUL MASON Employee # 22044625 | Title Revenue Officer Phone # 248-699-9571 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office           Form 668(Y)(c) (Rev. 2-2004) CAT. NO 60025X



EXHIBIT C

INSTR. # 2023000137470  Page Number: 2 of 2

# Part 1 – Recording Copy

**Exhibit A**

This exhibit is an attachment to the Notice of Federal Tax Lien, dated 04/05/2023, 470855123, for CATHERINE LYNNE MCEACHERN, AS NOMINEE OF, as Nominee of JOHN N MCEACHERN.

Description of Property:

Lot 267, Wildcat Run, according to the Map or Plat thereof as recorded in Plat Book 36, Pages 30 through 43, of the Public Records of Lee County, Florida.

Parcel Identification Number 30-46-26-01-00000-2670

Commonly known as 12671 Water Oak, Estero, FL 33928