IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| CATHERINE LYNNE McEACHERN, <br><br> Plaintiff, <br><br> v. <br><br> JOHN NELSON McEACHERN, and UNITED STATES OF AMERICA, acting on behalf of THE DEPARTMENT OF <br> Defendants. | Case No. 2:23-cv-00877-JLB-KCD |

**NOTICE OF SUBSTITUTION OF LEAD COUNSEL**

Please take notice that the undersigned counsel, Margaret E. Sheer, hereby substitutes as lead counsel on behalf of Defendant, the United States of America. Mr. Christopher Merino continues to appear on behalf of the United States as co-counsel.

Dated:   October 26, 2023            Respectfully submitted,

                                DAVID A. HUBBERT
                                Deputy Assistant Attorney General

                        By:
                                **/s/ Margaret E. Sheer**
                                Margaret E. Sheer
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 14198
                                Washington, D.C. 20044
                                Telephone: 202-307-6627
                                Facsimile: 202-514-4963
                                Margaret.E.Sheer@usdoj.gov

1

**/s/ Christopher Merino**
Christopher Merino
Florida Bar Number 1011386
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Telephone:  202-892-0242
Facsimile:   202-514-4963
Christopher.Merino@usdoj.gov

*Of Counsel:*

ROGER D. HANDBERG
United States Attorney

Lacy R. Harwell, Jr.
Chief, Civil Division
Assistant United States Attorney
Florida Bar No. 714623
U.S. Attorney's Office
for the Middle District of Florida
400 North Tampa Street
Suite 3200
Tampa, FL 33602
Tel.: 813-274-6000
randy.harwell@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2023, the United States' Notice of Substitution of Lead Counsel was served on the following pursuant to Fed. R. Civ. P. 5, by electronically filing the foregoing with the Clerk of Court through CM/ECF, which will send a notice of electronic filing to all counsel of record.

CHRISTOPHER W. WICKERSHAM JR., ESQ.
Florida Bar Number: 91703
LAW OFFICES OF C. W. WICKERSHAM JR., P.A
The Whiteway Building, Suite 205
2720 Park Street, Jacksonville, Florida 32205
Telephone: (904) 389-6202
Facsimile: (904) 389-6204
Email: pleadings@chriswickersham.com
Secondary Email: kent@chriswickersham.com

*Attorney for Plaintiff*

I further certify that on October 26, 2023, I caused the United States' Notice of Substitution of Lead Counsel to be served by U.S. Mail, to the following *pro se* party:

John Nelson McEachern
1644 Black Maple Drive
Rochester Hills, Michigan 48309

*Defendant*

　　　　　　　　　　　　　　　　　　**/s/ Margaret E. Sheer**

　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　U.S. Department of Justice,
　　　　　　　　　　　　　　　　　　Tax Division
　　　　　　　　　　　　　　　　　　Civil Trial Section – Southern Region